IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARIO SATIZABAL**  PETITIONER
Reg #96900-004

v.     Case No. 2:23-cv-00040 KGB

**C. EDGE, Acting Warden,**  RESPONDENT
FCI-Forrest City

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that petitioner Mario Satizabal's 28 U.S.C. § 2241 petition for writ of *habeas corpus* is dismissed (Dkt. No. 1). The relief sought is denied.

So adjudged this 27th day of January, 2026.

_____
Kristine G. Baker
Chief United States District Judge